CLIFFORD P. TURNER - 309400
Name and Prisoner/Booking Number

TDCJ - Coffield Unit
Place of Confinement

2661 FM 2054
Mailing Address

Tenn. Colony, Texas 75884
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
                    FILED _____ LODGED
                    RECEIVED _____ COPY

              9      JAN 2 3 2023     9

                 CLERK U S DISTRICT COURT
                  DISTRICT OF ARIZONA
              BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

CLIFFORD POLLARD TURNER,
(Full Name of Petitioner)

Petitioner,

v.

SECRETARY, DEPARTMENT OF CORRECTIONS,
(Name of the Director of the Department of Corrections, Jailor or authorized person having custody of Petitioner),

Respondent,
and
The Attorney General of the State of ARIZONA,

Additional Respondent.

CASE NO. CV-23-00045-TUC-JGZ-EJM
(To be supplied by the Clerk)

**PETITION UNDER 28 U.S.C. § 2254
FOR A WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY
(NON-DEATH PENALTY)**

## PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: _____
   UNITED STATES DISTRICT COURT

   (b) Criminal docket or case number: N/A

2. Date of judgment of conviction: SEPTEMBER 2011

3. In this case, were you convicted on more than one count or crime?   Yes ☐   No ☒

4. Identify all counts and crimes for which you were convicted and sentenced in this case: *OBSTRUCTION OF JUSTICE*

5. Length of sentence for each count or crime for which you were convicted in this case: *75-YEARS*

6. (a) What was your plea?
   - Not guilty ☐
   - Guilty ☐
   - Nolo contendere (no contest) ☑

   (b) If you entered a guilty plea to one count or charge, and a not guilty plea to another count or charge, give details: *NONE*

   (c) If you went to trial, what kind of trial did you have? (Check one) Jury ☐ Judge only ☑

7. Did you testify at the trial?   Yes ☐   No ☑

8. Did you file a direct appeal to the Arizona Court of Appeals from the judgment of conviction?
   Yes ☐   No ☑

   If yes, answer the following:

   (a) Date you filed: *N/A*

   (b) Docket or case number: *N/A*

   (c) Result: *N/A*

   (d) Date of result: *N/A*

   (e) Grounds raised: *N/A*

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

9. Did you appeal to the Arizona Supreme Court?   Yes ☐   No ☒

   If yes, answer the following:

   (a) Date you filed: N/A

   (b) Docket or case number: N/A

   (c) Result: N/A

   (d) Date of result: N/A

   (e) Grounds raised: N/A

   **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

10. Did you file a petition for certiorari in the United States Supreme Court?   Yes ☐   No ☒

    If yes, answer the following:

    (a) Date you filed: N/A

    (b) Docket or case number: N/A

    (c) Result: N/A

    (d) Date of result: N/A

    (e) Grounds raised: N/A

    **Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

11. Other than the direct appeals listed above, have you filed any other petitions, applications or motions concerning this judgment of conviction in any state court?   Yes ☐   No ☒

    If yes, answer the following: NONE

3

(a) First Petition.

    (1) Date you filed: N/A

    (2) Name of court: N/A

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): N/A

    (4) Docket or case number: N/A

    (5) Result: N/A

    (6) Date of result: N/A

    (7) Grounds raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**

(b) Second Petition.

    (1) Date you filed: N/A

    (2) Name of court: N/A

    (3) Nature of the proceeding (Rule 32, special action or habeas corpus): N/A

    (4) Docket or case number: N/A

    (5) Result: N/A

    (6) Date of result: N/A

    (7) Grounds raised: N/A

**Attach, if available, a copy of any brief filed on your behalf and a copy of the decision by the court.**