IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZON

FILED ☒   LODGED ___
RECEIVED ___   COPY ___
JAN 2 3 2023
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CLIFFORD POLLARD TURNER
Petitioner

SECRETARY, DEPARTMENT OF CORRECTIONS;
ATTORNEY GENERAL, STATE OF ARIZON
Respondent(s)

CV23-00045-TUC-JGZ--EJM

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, CLIFFORD P. TURNER - #309400, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? ☐ Yes ☒ No

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE  LRCVP 5.4
(Rule Number/Section)

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. NONE

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. MAY 1980, $3.00 PER HOUR, TURNER'S GROCERY / IRVING, TEXAS

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes ☒ No
   d. Gifts or inheritances?  ☐ Yes ☒ No
   e. Any other sources?  ☐ Yes ☒ No

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: NONE

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☐ Yes ☒ No

If the answer is yes, state the total value of the items owned: NONE

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes ☒ No

   If the answer is yes, describe the property and state its approximate value: NONE

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: NONE

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 01/06/2023         Clifford P. Turner - 2059400
              Date                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 00.00 _____ on account to his credit at the TDCJ - Coffield Unit / Tenn. Colony, Texas _____ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: NONE

01/06/2023          Mr. G. Ruich, III - COS
   Date              Authorized Officer of Institution/Title of Officer